Motion of Government for rehearing denied.

**No. 54767.**—Schlumberger Well Surveying Corp. *v.* United States, protests 147290–K, etc.

Plaintiff's application for rehearing denied.

**No. 54768.**—Schlumberger Well Surveying Corp. *v.* United States, protests 150021–K and 150024–K.

Motion of Government for rehearing denied.

**No. 54769.**—Schlumberger Well Surveying Corp. *v.* United States, protests 141989–K, etc.

-Abstract 54609. Motion of Government for rehearing denied.

BEFORE THE THIRD DIVISION, OCTOBER 24, 1950

**No. 54770.**—Maxwell Meyers, Inc. *v.* United States, petition 6770–R (Laredo).

Opinion by CLINE, J. At the trial Maxwell Meyers testified that he had been importing these musical instruments for about 4½ years and knew the prices at which they were being offered, said prices being uniform except in the fluctuation of Italian currency; that the entered value was advanced on the basis of a shipment of a sample to St. Louis Music Supply; that the price charged that firm was the price of a sample, whereas the petitioner herein was buying in very large quantities; that he inquired generally in the trade to find out whether the entered price was correct; that he found $35 was the price which other jobbers paid within 4 or 5 months; that the price was advanced 3 or 4 weeks later and was thereafter reduced; and that he gave all the information he had to the appraiser. On the record presented it was held that there was no intent to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE SECOND DIVISION, OCTOBER 25, 1950

**No. 54771.**—Westinghouse Electric International Co. *v.* United States, protest 149899–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 54772.**—Gaston Ditesheim et al. *v.* United States, protests 158761–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 54773.**—August Hummel and Stevens Nelson Paper Corp. *v.* United States, protests 131314–K and 146459–K (New York).

Opinion by RAO, J. The protests were dismissed.